UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Eugene Cross,<br><br>                    Petitioner,<br><br>     v.<br><br>Patrick Covello,<br><br>                    Respondent. | No. 2:22-cv-00682-KJM-EFB<br><br>ORDER |

This action was dismissed for lack of jurisdiction and judgment was entered in June 2022. ECF Nos. 5, 7, 8.  The motion to proceed in forma pauperis (ECF No. 14) is therefore denied as moot.

    IT IS SO ORDERED.

 DATED:  April 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE